# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STEPHANIE TARAPCHACK, | |
| Plaintiff, | NO. 3:15-CV-2077 |
| v. | (JUDGE CAPUTO) |
| LACKAWANNA COUNTY, *et al.*, | (MAGISTRATE JUDGE SAPORITO) |
| Defendants. | |

## ORDER

**NOW**, this 14th day of March, 2019, upon review of the Report and Recommendation of Magistrate Judge Joseph F. Saporito, Jr. (Doc. 3) for plain error or manifest injustice, **IT IS HEREBY ORDERED** that:

(1) The Report and Recommendation (Doc. 3) is **ADOPTED in its entirety**.

(2) The action is **DISMISSED without prejudice** for failure to pay the required filing and administrative fees.

(3) The Clerk of Court is directed to mark the case as **CLOSED**.

_____
A. Richard Caputo
United States District Judge